DPW:fa 08-153 4/16/08

**UNITED STATES DISTRICT COURT**

**FOR THE**

**DISTRICT OF RHODE ISLAND**

CA 08 141T

| | | |
|---|---|---|
| KATHRYN D. McGOWAN | : | |
| | : | |
| v. | : | No. |
| | : | (Providence County Superior Court |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY; JOHN DOE, ALIAS, DOE CORPORATION, ALIAS | : | C.A. No. PC 08-2207) |

**NOTICE OF REMOVAL**

Now comes Defendant, The Northwestern Mutual Life Insurance Company (hereinafter "Defendant") and notifies this Court of the removal of this action from the Superior Court of the State of Rhode Island, Providence County, to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §1441, 28 U.S.C. §1332(a), and LR Cv. 81. In support of the removal, Defendant states as follows:

1. On or about March 21, 2008, Kathryn D. McGowan (hereinafter "Plaintiff") filed the above-entitled civil action bearing civil action number PC 08-2207 in the Superior Court for the State of Rhode Island, Providence County (hereinafter "the Civil Action"). Attached hereto as Exhibit A is a true and exact copy of the Civil Action.

2. Plaintiff in the Civil Action is a resident of the City of Providence, State of Rhode Island.

3. Defendant in the Civil Action is a Wisconsin corporation with its principal place of business in the City of Milwaukee, State of Wisconsin.

4. Although the Rhode Island statutory law (R.I. Gen. Laws §9-30-1(1)) and procedural rules (Super. R. Civ. P. 8(a)) prohibit setting forth a specific amount in the *ad damnum* of a complaint, plaintiff seeks five (5) years of total disability benefits at the rate of Five Thousand Four Hundred Thirty-Two Dollars ($5,432) per month and defendant has paid to date Forty-Nine Thousand Seventy-Five Dollars ($49,075) in benefits so that the amount in controversy greatly exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs. Further, plaintiff alleges in paragraph 15 of her Complaint in the Civil Action that she has suffered damages "sufficient to meet the threshold for federal diversity jurisdiction."

5. This Court has original jurisdiction of the Civil Action pursuant to 28 U.S.C. §1332(a) in that the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs and is between citizens of different states.

6. Since the only other defendant "parties" to the Civil Action are John Doe entities and have, necessarily not been served, the approval of such defendant "parties" to such removal is not required.

7. On or about April 1, 2008, a copy of the summons and complaint in the Civil Action was served upon Defendant by certified mail.

8. A copy of the summons and complaint in the Civil Action together is attached hereto and made a part hereof.

9. The instant Notice of Removal is, in accordance with 28 U.S.C. §1441(b), therefore filed within thirty (30) days of receipt of the complaint setting forth plaintiff's claim for relief.

10. A copy of this Notice of Removal is being contemporaneously filed with the Superior Court of the State of Rhode Island, Providence County, with notice to plaintiff in accordance with 28 U.S.C. §1446(b) and LR Cv 81.

WHEREFORE, Defendant serves notice on all parties:

1. That this Civil Action has been removed to this Court;

2. That the Superior Court of the State of Rhode Island, Providence County, may take no further action in this Civil Action unless such Civil Action is remanded thereto.

Defendant,

The Northwestern Mutual Life Insurance Company

By its Attorneys,

HANSON CURRAN LLP

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, Rhode Island 02902-2203
(401) 421-2154 Telephone
(401) 521-7040 Facsimile

**PROOF OF SERVICE**

I hereby certify that on this 18th day of April, 2008, I served a copy of the foregoing *Notice of Removal* upon the following:

Clerk's Office
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Rajaram Suryanarayan, Esq.
Thomas J. Cronin, Esq.
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903

of HANSON CURRAN LLP