STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-2207 KATHERYN MCGOWAN V NORTHWESTERN MUTUAL

Filing Date: 03-21-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 04-18-2008

Plaintiff: KATHERYN MCGOWAN
ID: @10992363

Attorney: THOMAS CRONIN

Defendant: NORTHWESTERN MUTUAL LIFE INSURANCE
ID: @10992364

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-21-2008 | COMPLAINT FILED | |
| 03-21-2008 | INITIAL FILING FEE | |
| 03-24-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP269237. |
| 04-01-2008 | PROOF OF SERVICE FILED | SERVED UPON NORTHWEST MUTUAL<br>Affiliated: MCGOWAN, KATHERYN D |
| 04-18-2008 | NOTICE OF REMOVAL | Affiliated: NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY |
| 04-18-2008 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # CA 08 141T<br>Affiliated: NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY |
| 04-18-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island